JOHN B. JONES, Appellant, v. ANDREW GEERY *et al.*, Respondents.

St. Louis Court of Appeals, April 20, 1897.

Jurisdiction, Appellate: ACTION INVOLVING TITLE TO REAL ESTATE. An action to have certain conveyances of real estate set aside, as fraudulent and having been executed without consideration, and the land thereby conveyed declared subject to sale for the payment of plaintiff's judgment debt, involves title to real estate, and is not, therefore, within the jurisdiction of this court.

*Appeal from the Pike Circuit Court.*—HON. REUBEN F. ROY, Judge.

TRANSFERRED TO SUPREME COURT.

BLAND, P. J.—The plaintiff in this case seeks to declare sundry conveyances of real estate as fraudulent and as having been executed without consideration. He asks to have these set aside and the land conveyed declared subject to sale for the payment of his judgment debt. The inquiry involves title to real estate, and is beyond the jurisdiction of this court. Hence we transfer it to the supreme court for decision.

All the judges concur.